| | |
|---|---|
| 1 | **THE AVANZADO LAW FIRM** |
| 2 | MELVIN N.A. AVANZADO (Bar No. 137127) |
|   | &lt;mel@avanzadolaw.com&gt; |
| 3 | ELAINE W. YU (Bar No. 280008) |
|   | &lt;elaine@avanzadolaw.com&gt; |
| 4 | 1880 Century Park East |
|   | Suite 1100 |
| 5 | Los Angeles, California 90067 |
|   | 310.552.9300 TELEPHONE |
| 6 | 310.388.5330 FACSIMILE |
| 7 | Attorneys for Defendant |
|   | MCMC, LLC |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE WEIL, on her own behalf and on behalf of all others similarly situated, | CASE NO. CV15-07074 MWF (JPRx) (The Hon. Michael W. Fitzgerald) |
| Plaintiffs, | |
| v. | ANSWER OF DEFENDANT MCMC, LLC |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY, CIGNA HEALTH MANAGEMENT, INC., CIGNA BEHAVIORAL HEALTH, INC., and MCMC, LLC, | **DEMAND FOR JURY TRIAL** |
| Defendants. | Action Filed:   September 8, 2015 |

PRINTED ON RECYCLED PAPER

Defendant MCMC, LLC ("MCMC"), by and through its counsel of record, hereby responds to the complaint ("Complaint") of Annette Weil ("Plaintiff") as follows.

1. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 1 and therefore denies them in their entirety.

2. MCMC admits that Transcranial Magnetic Stimulation ("TMS") is a treatment which can be appropriate for use in certain patients depending on the patient's medical diagnosis, other treatment options and other factors based on the individual patient involved but alleges that TMS was not an appropriate or covered treatment for Plaintiff as further explained in documents relevant to this case.  Except as expressly admitted herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the other allegations contained in paragraph 2 and therefore denies them in their entirety.

3. MCMC admits that MCMC has acted as an independent review organization and that MCMC conducted an independent review of Plaintiff's claim. Except as expressly admitted herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the other allegations contained in paragraph 3 and therefore denies them in their entirety.

4. MCMC denies the allegations of paragraph 4 of the Complaint as they pertain to MCMC in their entirety.  MCMC is without knowledge or information sufficient to form a belief as to the truth of the other allegations contained in paragraph 4 and therefore denies them in their entirety.

5. MCMC admits that TMS is a treatment which can be appropriate for use in certain patients depending on the patient's medical diagnosis, other treatment options and other factors based on the individual patient involved but alleges that TMS was not an appropriate or covered treatment for Plaintiff as further

explained in documents relevant to this case. Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 5 in their entirety.

6. MCMC admits that TMS is a treatment which can be appropriate for use in certain patients depending on the patient's medical diagnosis, other treatment options and other factors based on the individual patient involved but alleges that TMS was not an appropriate or covered treatment for Plaintiff as further explained in documents relevant to this case. Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 6 in their entirety.

7. MCMC admits that TMS is a treatment which can be appropriate for use in certain patients depending on the patient's medical diagnosis, other treatment options and other factors based on the individual patient involved but alleges that TMS was not an appropriate or covered treatment for Plaintiff as further explained in documents relevant to this case. Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 7 in their entirety.

8. MCMC denies that Plaintiff or any members of the putative class is entitled to any relief under the Complaint.

9. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 and therefore denies them in their entirety.

10. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 and therefore denies them in their entirety.

11. MCMC admits that it is a limited liability company organized and existing under the laws of the State of Delaware, that MCMC's headquarters is located at 300 Crown Colony Drive, Suite 203, Quincy Massachusetts 02169, that it maintains and operates a facility in Rancho Cucamonga, California, that MCMC is registered to do business in the State of California and that MCMC has acted as an independent review organization for one or more of the other defendants in this action (identified

as "Cigna" in the Complaint) and other insurers. Except as expressly admitted herein, MCMC denies every other allegation contained in paragraph 11.

12. MCMC admits that this Court has subject matter jurisdiction over Plaintiff's Complaint.

13. MCMC admits that venue is proper in this District.

14. MCMC is informed and thereupon believes that the other defendants in this action (identified as "Cigna" in the Complaint) underwrite and/or administer employee benefit plans of private sector employers. The other allegations in paragraph 14 of the Complaint are either legal conclusions which do not require an answer herein or matters as to which MCMC lacks knowledge or information sufficient to respond thereto such that MCMC denies them in their entirety.

15. MCMC is informed and thereupon believes that the other defendants in this action (defined by Plaintiff as "Cigna" in the Complaint) underwrite and/or administer employee benefit plans of private sector employers. The other allegations in paragraph 15 of the Complaint are either legal conclusions which do not require an answer herein or matters as to which MCMC lacks knowledge or information sufficient to respond thereto such that MCMC denies them in their entirety.

16. MCMC denies each and every allegation in paragraph 16 of the Complaint.

17. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 and therefore denies them in their entirety.

18. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 and therefore denies them in their entirety.

19. MCMC is informed and thereupon believes that the other defendants in this action (identified as "Cigna" in the Complaint) underwrite and/or

PRINTED ON RECYCLED PAPER

4
ANSWER OF DEFENDANT MCMC, LLC

administer employee benefit plans of private sector employers.  The other allegations in paragraph 19 of the Complaint are either legal conclusions which do not require an answer herein or matters as to which MCMC lacks knowledge or information sufficient to respond thereto such that MCMC denies them in their entirety.

20.  MCMC admits that it has acted as an independent review organization and that it has a contract with one or more of the other defendants in this action (identified as "Cigna" in the Complaint) to act as an independent review organization.  Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 20 in their entirety.

21.  MCMC is informed and believes that the "Weil Plan" as defined in the Complaint is an employee benefit plan underwritten and/or administered by the other defendants (identified as "Cigna" in the Complaint) in this action.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 and therefore denies them in their entirety.

22.  MCMC is informed and believes that the "Weil Plan" as defined in the Complaint consists of one or more written documents which describe the procedures for, and terms under which, reimbursement or payment of covered expenses takes place and that such document or documents contains the best evidence of such procedures and terms.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 and therefore denies them in their entirety.

23.  MCMC is informed and believes that the "Weil Plan" as defined in the Complaint consists of one or more written documents which describe the procedures for, and terms under which, reimbursement or payment of covered expenses takes place and that such document or documents contains the best evidence of such procedures and terms.  Except as expressly stated herein, MCMC is without

1  knowledge or information sufficient to form a belief as to the truth of the allegations
2  contained in paragraph 23 and therefore denies them in their entirety.

3     24. MCMC is informed and believes that the "Weil Plan" as defined in
4  the Complaint consists of one or more written documents which describe the
5  procedures for, and terms under which, reimbursement or payment of covered
6  expenses takes place and that such document or documents contains the best evidence
7  of such procedures and terms.  Except as expressly stated herein, MCMC is without
8  knowledge or information sufficient to form a belief as to the truth of the allegations
9  contained in paragraph 24 and therefore denies them in their entirety.

10     25. MCMC admits that TMS is a treatment which can be appropriate
11  for use in certain patients depending on the patient's medical diagnosis, other
12  treatment options and other factors based on the individual patient involved but
13  alleges that TMS was not an appropriate or covered treatment for Plaintiff as further
14  explained in documents relevant to this case.  Except as expressly admitted herein,
15  MCMC denies the other allegations contained in paragraph 25 in their entirety.

16     26. MCMC admits that TMS is a treatment which can be appropriate
17  for use in certain patients depending on the patient's medical diagnosis, other
18  treatment options and other factors based on the individual patient involved but
19  alleges that TMS was not an appropriate or covered treatment for Plaintiff as further
20  explained in documents relevant to this case.  Except as expressly admitted herein,
21  MCMC denies the other allegations contained in paragraph 26 in their entirety.

22     27. MCMC admits that TMS is a treatment which can be appropriate
23  for use in certain patients depending on the patient's medical diagnosis, other
24  treatment options and other factors based on the individual patient involved but
25  alleges that TMS was not an appropriate or covered treatment for Plaintiff as further
26  explained in documents relevant to this case.  Except as expressly admitted herein,
27  MCMC denies the other allegations contained in paragraph 27 in their entirety.
28  / / / /

PRINTED ON RECYCLED PAPER

28. MCMC is informed and believes that the "Weil Plan" as defined in the Complaint consists of one or more written documents which describe the procedures for, and terms under which, reimbursement or payment of covered expenses takes place and that such document or documents contains the best evidence of such procedures and terms. Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 28 in their entirety.

29. MCMC is informed and believes that the "Weil Plan" as defined in the Complaint consists of one or more written documents which describe the procedures for, and terms under which, reimbursement or payment of covered expenses takes place and that such document or documents contains the best evidence of such procedures and terms. MCMC admits that Plaintiff's claims were reviewed by MCMC and denied by the other defendants in this action but alleges that written correspondence relating thereto are the best evidence of the grounds therefor. Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 29 in their entirety.

30. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 30 and therefore denies them in their entirety.

31. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 and therefore denies them in their entirety.

32. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 and therefore denies them in their entirety.

33. MCMC is informed and believes that the "Weil Plan" as defined in the Complaint consists of one or more written documents which describe the procedures for, and terms under which, reimbursement or payment of covered expenses takes place and that such document or documents contains the best evidence

PRINTED ON
RECYCLED PAPER

of such procedures and terms.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 33 and therefore denies them in their entirety.

34.     MCMC admits that Plaintiff's claims were reviewed by MCMC and denied by the other defendants in this action but alleges that such written correspondence relating thereto are the best evidence of the grounds therefor.  Except as expressly admitted herein, MCMC denies the other allegations contained in paragraph 34 in their entirety.

35.     MCMC is informed and believes that Plaintiff's claims were denied by the other defendants in this action but alleges that such denial is the best evidence of the grounds for such denials.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 and therefore denies them in their entirety.

36.     MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 and therefore denies them in their entirety.

37.     MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 and therefore denies them in their entirety.

38.     MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 and therefore denies them in their entirety.

39.     MCMC is informed and believes that Plaintiff's claims were denied by the other defendants in this action.  MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 and therefore denies them in their entirety.

40.     MCMC is informed and believes that Plaintiff's claims were denied by the other defendants in this action.  MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 and therefore denies them in their entirety.

41.     MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 and therefore denies them in their entirety.

42.     MCMC admits that one or more of the other defendants in this action (identified as "Cigna" in the Complaint) referred to MCMC the independent peer review of Plaintiff's claim and that MCMC services a number of corporate clients in this capacity.  Except as expressly admitted herein, MCMC denies the other allegations in paragraph 42 in their entirety.

43.     MCMC admits that Plaintiff's claim was reviewed by MCMC.  MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly admitted herein, MCMC denies the other allegations of paragraph 43 in their entirety.

44.     MCMC admits that Plaintiff's claim was reviewed by MCMC.  MCMC alleges that the document or documents referenced in this paragraph contains

the best evidence of its contents.  Except as expressly admitted herein, MCMC denies the other allegations of paragraph 44 in their entirety.

45. MCMC admits that it reviewed Plaintiff's claim and responded by letter dated June 18, 2015.  MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly admitted herein, MCMC denies the other allegations in paragraph 45 in their entirety.

46. MCMC denies the allegations in paragraph 46 of the Complaint in their entirety.

47. MCMC admits that it reviewed Plaintiff's claim and responded by letter dated June 18, 2015.  MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.  Except as expressly admitted herein, MCMC denies the other allegations in paragraph 47 in their entirety.

48. MCMC denies the allegations in paragraph 48 of the Complaint in their entirety.

49. MCMC is informed and thereupon believes that the other defendants in this action (identified as "Cigna" in the Complaint) underwrite and/or administer employee benefit plans of private sector employers.  The other allegations in paragraph 49 of the Complaint are either legal conclusions which do not require an answer herein or matters as to which MCMC lacks knowledge or information sufficient to respond thereto such that MCMC denies them in their entirety.

50. MCMC admits that it has acted as an independent review organization and reviewed Plaintiff's claim.  The other allegations in paragraph 50 are legal conclusions which do not require an answer herein.  Except as expressly stated herein, MCMC denies the other allegations in paragraph 50 in their entirety.

51. MCMC denies the allegations of paragraph 51 of the Complaint as they pertain to MCMC in their entirety.  The other allegations of paragraph 51 are

1  legal conclusions which do not require an answer herein.  Except as expressly stated
2  herein, MCMC denies the other allegations of paragraph 51 in their entirety.

3        52.   MCMC is informed and believes that Plaintiff's claims were
4  denied by the other defendants in this action.  MCMC alleges that the document or
5  documents referenced in this paragraph contains the best evidence of its contents.
6  Except as expressly stated herein, MCMC is without knowledge or information
7  sufficient to form a belief as to the truth of the allegations contained in paragraph 52
8  and therefore denies them in their entirety.

9        53.   MCMC is informed and believes that Plaintiff's claims were
10 denied by the other defendants in this action.  MCMC alleges that the document or
11 documents referenced in this paragraph contains the best evidence of its contents.
12 Except as expressly stated herein, MCMC is without knowledge or information
13 sufficient to form a belief as to the truth of the allegations contained in paragraph 53
14 and therefore denies them in their entirety.

15       54.   MCMC denies the allegations in paragraph 54 of the Complaint in
16 their entirety.

17       55.   MCMC denies the allegations in paragraph 55 of the Complaint in
18 their entirety.

19       56.   MCMC admits that Plaintiff's claim was reviewed by MCMC and
20 denied by the other defendants in this action but alleges that correspondence relating
21 thereto are the best evidence of the grounds therefor.  Except as expressly admitted
22 herein, MCMC denies the allegations of paragraph 56 of the Complaint as they pertain
23 to MCMC in their entirety.  As to any remaining allegations in paragraph 56, MCMC
24 is without knowledge or information sufficient to form a belief as to the truth of the
25 allegations contained therein and therefore denies them in their entirety.

26       57.   MCMC alleges that the document or documents referenced in this
27 paragraph contains the best evidence of its contents.  Except as expressly stated
28 herein, MCMC is without knowledge or information sufficient to form a belief as to

1  the truth of the allegations contained in paragraph 57 and therefore denies them in
2  their entirety.

3          58.     MCMC alleges that the document or documents referenced in this
4  paragraph contains the best evidence of its contents.  Except as expressly stated
5  herein, MCMC is without knowledge or information sufficient to form a belief as to
6  the truth of the allegations contained in paragraph 58 and therefore denies them in
7  their entirety.

8          59.     MCMC alleges that the document or documents referenced in this
9  paragraph contains the best evidence of its contents.  Except as expressly stated
10 herein, MCMC is without knowledge or information sufficient to form a belief as to
11 the truth of the allegations contained in paragraph 59 and therefore denies them in
12 their entirety.

13         60.     MCMC alleges that the document or documents referenced in this
14 paragraph contains the best evidence of its contents.  Except as expressly stated
15 herein, MCMC is without knowledge or information sufficient to form a belief as to
16 the truth of the allegations contained in paragraph 60 and therefore denies them in
17 their entirety.

18         61.     MCMC alleges that the document or documents referenced in this
19 paragraph contains the best evidence of its contents.  Except as expressly stated
20 herein, MCMC is without knowledge or information sufficient to form a belief as to
21 the truth of the allegations contained in paragraph 61 and therefore denies them in
22 their entirety.

23         62.     MCMC alleges that paragraph 62 contains conclusory legal
24 allegations which do not require a response herein.  Except as expressly stated herein,
25 MCMC denies the allegations in paragraph 62 in their entirety.

26         63.     MCMC alleges that the document or documents referenced in this
27 paragraph contains the best evidence of its contents.  Except as expressly stated
28 herein, MCMC is without knowledge or information sufficient to form a belief as to

1  the truth of the allegations contained in paragraph 63 and therefore denies them in
2  their entirety.

3  64.   MCMC alleges that paragraph 64 contains conclusory legal
4  allegations which do not require a response herein.  Except as expressly stated herein,
5  MCMC denies the allegations in paragraph 64 in their entirety.

6  65.   MCMC denies the allegations of paragraph 65 of the Complaint as
7  they pertain to MCMC in their entirety.  As to the other allegations in paragraph 56,
8  MCMC is without knowledge or information sufficient to form a belief as to the truth
9  of the allegations contained therein and therefore denies them in their entirety.

10  66.   MCMC alleges that paragraph 66 contains conclusory legal
11  allegations which do not require a response herein.  Except as expressly stated herein,
12  MCMC denies the allegations in paragraph 66 in their entirety.

13  67.   MCMC repeats and incorporates herein by reference as though
14  fully set forth its responses to the allegations contained in the preceding paragraphs of
15  the Complaint.

16  68.   MCMC admits that Plaintiff seeks to allege a claim under 29 USC
17  § 1132(a)(1)(B) but denies that Plaintiff is entitled to any relief thereunder.

18  69.   MCMC is without knowledge or information sufficient to form a
19  belief as to the truth of the allegations contained in paragraph 69 and therefore denies
20  them in their entirety.

21  70.   MCMC denies the allegations in paragraph 70 of the Complaint in
22  their entirety.

23  71.   MCMC denies the allegations of paragraph 71 of the Complaint as
24  they pertain to MCMC in their entirety.  As to the other allegations in paragraph 71,
25  MCMC alleges that they are legal conclusions which do not require a response herein.

26  72.   MCMC denies the allegations of paragraph 72 of the Complaint as
27  they pertain to MCMC in their entirety.  As to the other allegations in paragraph 72,

28

PRINTED ON
RECYCLED PAPER

MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and therefore denies them in their entirety.

73. MCMC denies the allegations of paragraph 73 of the Complaint as they pertain to MCMC in their entirety. As to the other allegations in paragraph 73, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and therefore denies them in their entirety.

74. MCMC denies the allegations of paragraph 74 of the Complaint as they pertain to MCMC in their entirety. MCMC also denies that Plaintiff or other members of the putative class have suffered any actionable damages caused by MCMC. As to the other allegations in paragraph 74, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and therefore denies them in their entirety.

75. MCMC denies that Plaintiff is entitled to any relief under her Complaint.

76. MCMC repeats and incorporates herein by reference as though fully set forth its responses to the allegations contained in the preceding paragraphs of the Complaint.

77. MCMC admits that Plaintiff seeks to allege a claim under 29 USC § 1132(a)(1)(B) but denies that Plaintiff is entitled to any relief thereunder.

78. MCMC is informed and believes that Plaintiff's claims were denied by the other defendants in this action. MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents. As to the other allegations in paragraph 78, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 and therefore denies them in their entirety.

79. MCMC is informed and believes that Plaintiff's claims were denied by the other defendants in this action. MCMC alleges that the document or documents referenced in this paragraph contains the best evidence of its contents.

Except as expressly stated herein, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 79 and therefore denies them in their entirety.

80. MCMC admits that Plaintiff seeks the relief alleged in paragraph 80 but denies that Plaintiff or any members of the putative class is entitled to any relief thereunder.

81. MCMC repeats and incorporates herein by reference as though fully set forth its responses to the allegations contained in the preceding paragraphs of the Complaint.

82. MCMC admits that Plaintiff seeks to allege a claim under 29 USC § 1132(a)(3)(A). MCMC denies that Plaintiff or any members of the putative class suffered any damages or are likely to suffer any damages caused by MCMC. Except as expressly admitted herein, MCMC denies the allegations of paragraph 82 of the Complaint as they pertain to MCMC in their entirety.

83. MCMC denies that Plaintiff is entitled to the injunctive relief alleged in paragraph 83 of the Complaint.

84. MCMC repeats and incorporates herein by reference as though fully set forth its responses to the allegations contained in the preceding paragraphs of the Complaint.

85. MCMC admits that Plaintiff seeks to allege a claim under 29 USC § 1132(a)(3)(B) but denies that Plaintiff is entitled to any relief thereunder.

86. MCMC denies the allegations of paragraph 86 of the Complaint as they pertain to MCMC in their entirety. As to the other allegations in paragraph 74, MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations therein and therefore denies them in their entirety.

87. MCMC is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 and therefore denies them in their entirety.

88. MCMC denies the allegations of paragraph 88 of the Complaint in their entirety.

89. MCMC denies the allegations of paragraph 89 of the Complaint in their entirety.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff and the putative class members lack standing to assert any of the claims in the Complaint.

### SECOND AFFIRMATIVE DEFENSE

The claims in the Complaint against MCMC are barred because the damages alleged by Plaintiff or the putative class members, if any damages were actually suffered, were caused by persons other than MCMC.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff and the putative class members are barred from maintaining this action as a class action under Rule 23 of the Federal Rules of Civil Procedure.

### FOURTH AFFIRMATIVE DEFENSE

This action may not be maintained as a class action because individual issues relating to the medical conditions and diagnoses of Plaintiff and putative class members predominate over any common questions of law or fact.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff and the putative class members fail to allege sufficient facts to state any claims for which relief may be granted.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state sufficient facts upon which relief can be granted.

### SEVENTH AFFIRMATIVE DEFENSE

MCMC reserves any other affirmative defenses which may come to light during discovery or otherwise.

PRINTED ON RECYCLED PAPER

## PRAYER FOR RELIEF

WHEREFORE, Defendant MCMC, LLC respectfully prays for relief as follows:

    A.    That this Court dismiss Plaintiff's action with prejudice;

    B.    That this Court enter judgment against Plaintiff such that she shall take no relief from the complaint;

    C.    That this Court award costs of suit incurred herein;

    D.    That this Court grant such other and further relief as the Court may deem just and proper.

DATED: November 2, 2015

THE AVANZADO LAW FIRM
MELVIN N.A. AVANZADO
ELAINE W. YU

By: /s/ Melvin N.A. Avanzado
       Melvin N.A. Avanzado
Attorneys for Defendant
MCMC, LLC

## DEMAND FOR JURY TRIAL

Defendant MCMC, LLC hereby demands a trial by jury on all issues triable by jury.

DATED: November 2, 2015

THE AVANZADO LAW FIRM

MELVIN N.A. AVANZADO
ELAINE W. YU

By: *(signature)*
    Melvin N.A. Avanzado
Attorneys for Defendant
MCMC, LLC