STAYED

JS-6

ZUCKERMAN SPAEDER LLP
ANDREW N. GOLDFARB (Cal. Bar No. 235615) (*pro hac vice*)
*agoldfarb@zuckerman.com*
ANDREW CARIDAS (*pro hac vice*)
*acaridas@zuckerman.com*
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106

ZUCKERMAN SPAEDER LLP
D. BRIAN HUFFORD (*pro hac vice*)
*dbhufford@zuckerman.com*
JASON S. COWART (*pro hac vice*)
*jcowart@zuckerman.com*
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256

MEIRAM BENDAT, ESQ. (Cal. Bar No. 198884)
Psych-Appeal, Inc.
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
*mbendat@psych-appeal.com*

Attorneys for Plaintiff Annette Weil
and the Putative Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNETTE WEIL, *et al.*,

Plaintiffs,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY, *et al.*,

Defendants.

Case No. 2:15-cv-07074-MWF-JPR

**STIPULATION BETWEEN PLAINTIFF AND CIGNA DEFENDANTS AND ORDER TO STAY CASE PENDING SETTLEMEI DISCUSSIONS AND TO EXTEND TI TO COMPLETE CLASS DISCOVERY IF SETTLEMENT IS NOT ACHIEVED**



5263634.2

Plaintiff and defendants Cigna Health and Life Insurance Co., Cigna Health Management, Inc., and Cigna Behavioral Health, Inc. (together, "Cigna") hereby respectfully request that the Court, as to Plaintiff's claims against Cigna, (i) stay the Stipulated Case Schedule [Docket No. 45] for a period of 90 days to permit Plaintiff and Cigna to continue their settlement discussions; and (ii) extend all deadlines in the Stipulated Case Schedule by 90 days to allow Plaintiff and Cigna to complete class certification discovery and motions in the event that they are unable to resolve this case. In support of the request, Plaintiff and Cigna jointly stipulate that:

1. Plaintiff Annette Weil filed this class action on her own behalf and on behalf of others similarly situated on September 8, 2015.

2. The defendants answered the complaint on November 2, 2015.

3. On January 14, 2016, the Court entered the Stipulated Case Schedule.

4. Plaintiff and Cigna have been engaged in productive settlement discussions and are confident they will be able to reach agreement on a proposed resolution to submit to the Court for preliminary approval. These parties believe a stay in the discovery and briefing deadlines as to Plaintiff's claims against Cigna will allow them to focus on the ongoing settlement discussions and avoid the needless expenditure of their, and the Court's, resources.

5. Accordingly, Plaintiff and Cigna request that the Court, as to Plaintiff's claims against Cigna: (i) stay this case for a period of 90 days to enable them either to reach a resolution or notify the Court that they are unable to do so; (ii) extend all dates in the Stipulated Case Schedule by 90 days, such that, most immediately, the deadline for class certification discovery for Plaintiff and Cigna would be July 28, 2016, and the deadline for Plaintiff's motion for class certification against Cigna would be August 25, 2016; and (iii) direct that Plaintiff and Cigna, on or before June 15, 2016, update the Court on the status of settlement negotiations.

Respectfully submitted,

Dated: April 19, 2016

ZUCKERMAN SPAEDER LLP

By: /s/ Andrew N. Goldfarb
Andrew N. Goldfarb

Andrew N. Goldfarb (Bar. No. 235615) (*pro hac vice*)
Andrew Caridas (*pro hac vice*)
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
*agoldfarb@zuckerman.com*
*acaridas@zuckerman.com*

Meiram Bendat (Bar No. 198884)
PSYCH-APPEAL, INC.
8560 West Sunset Boulevard
Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
*mbendat@psych-appeal.com*

D. Brian Hufford (*pro hac vice*)
Jason S. Cowart (*pro hac vice*)
ZUCKERMAN SPAEDER LLP
399 Park Avenue, 14th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (212) 704-4256
*dbhufford@zuckerman.com*
*jcowart@zuckerman.com*

*Attorneys for Plaintiff Annette Weil and the Putative Class*

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Molly Moriarty Lane
Molly Moriarty Lane

Molly Moriarty Lane (Bar No. 149206)
One Market, Spear Street Tower
San Francisco, CA 94105
Tel: (415) 442-1000
Fax: (415) 442-1001
*mlane@morganlewis.com*

Jeremy P. Blumenfeld (*pro hac vice*)
Michael C. Higgins (*pro hac vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001
*jblumenfeld@morganlewis.com*
*mhiggins@morganlewis.com*

*Attorneys for Cigna Defendants*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April_19, 2016

/s/ Andrew N. Goldfarb
Andrew N. Goldfarb

**IT IS SO ORDERED AND APPROVED.**

DATED: May 3, 2016

Hon. Michael W. Fitzgerald
United States District Judge